| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | | |
|---|---|---|---|---|---|---|
| **WITNESS AND EXHIBIT RECORD** | | | | | | |
| DATE 2/19/08 | CASE NUMBER 08-42m | OPERATOR Kincaid | | | PAGE NUMBER | |
| NAME OF WITNESS | | DIRECT | CROSS | ~~REDIRECT~~ | RECROSS | PRESIDING OFFICIAL |
| Got WITNESS WPD DETECTIVE David Rosenbloom | | 9:46am | 9:55am | 9:59 excused | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Got 1 | Copy of Criminal Complaint | NO OBJ | NO OBJ. |

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE